### Joan Reese, Appellant, v. Page Reese, Appellee.

### Gen. No. 11,338. ■

Second District, Second Division.

June 14, 1960.

Large, Reno, Zahm, and Folgate, of Rockford, for appellant; Stanley J. Roszkowski and Bernard P. Reese, Jr., of Rockford, for appellee.

Opinion by JUSTICE CROW. **Not to be published in full.**